IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUSTIN GREEN,<br>*Plaintiff,*<br><br>v.<br><br>K-MAC ENTERPRISES, INC.<br>*Defendant.* | Civil Number: **23-cv-3315-RJD** |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 7, 2023, this case is DISMISSED without prejudice. Each party to bear their own costs.

**DATED: November 8, 2023**

MONICA A. STUMP
CLERK OF COURT

By: *s/Jamie Melson*
    Deputy Clerk


**APPROVED:**

*s/ Reona J. Daly*
HON. REONA J. DALY
UNITED STATES MAGISTRATE JUDGE